# Court of Appeals
# of the State of Georgia

ATLANTA,   October 20, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1402. REYES v. THE STATE.**

We granted Oscar Reyes's application for discretionary appeal to review the trial court's order denying his extraordinary motion for new trial. After careful review of the record in this case, we conclude that the application for discretionary appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   10/20/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*